UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHANN DENISE MEADOWS,

       Plaintiff,

   v.

LYDIA C. HENSE, CCWF Warden; *et al.*,

       Defendants.
                                         /

No. C-12-3208 EMC (pr)

**ORDER OF TRANSFER**

       Michann Denise Meadows, an inmate at the Valley State Prison for Women, filed this *pro se* civil rights action under 42 U.S.C. § 1983.  She complains of events and omissions that occurred at the Valley State Prison for Women and the Central California Women's Facility, both of which are in Chowchilla.  Chowchilla is located in Madera County, within the venue of the Eastern District of California.  The defendants work at those prisons and apparently reside in the Eastern District of California.  No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District.  Venue therefore would be proper in the Eastern District, and not in this one.  *See* 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California.  The Clerk shall transfer this matter.

       IT IS SO ORDERED.

Dated: July 9, 2012

                                                 _____
                                                 EDWARD M. CHEN
                                                 United States District Judge